## EHLERS v. HARTMAN ET AL.

[No. 5,874.   Filed April 25, 1906.]

APPEAL AND ERROR.—*Parties.—Death.—Failure to Make Representative a Party on Appeal.—Dismissal.*—Where judgment was taken September 14, 1904, and one of the appellees, a party defendant, died December 8, 1904, an appeal taken September 12, 1905, without making such decedent's representative a party will be dismissed.

From Ripley Circuit Court; *Willard New,* Judge.

Action by John H. Ehlers against August Hartman, Sr., and others.   From a judgment for defendants, plaintiff appeals.   *Appeal dismissed.*

*Nicholas Cornet* and *John B. Rebuck,* for appellant.

*Frank S. Jones* and *R. A. Creigmile,* for appellees.

PER CURIAM.—Appellees move to dismiss this appeal for several reasons.   We need consider only the first, to wit: August Hartman, Sr., one of the appellees, and who was a defendant in the court below, died December 8, 1904, after judgment was rendered September 14, 1904, and before the transcript was filed in this court September 12, 1905.

This court has no jurisdiction.   Ewbank's Manual, §§145, 229; *Hewitt* v. *Mills* (1901), 27 Ind. App. 218; *Doble* v. *Brown* (1898), 20 Ind. App. 12.

Appeal dismissed.